IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOSEPH TIGER-D PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-110 |
| | ) | |
| JAQULYN CHAMPION; VERNON BROWN; LIZ ROBERTS; JOY JOHNSON; STAN SHEPARD; TERRY BUSSEY; HOMER BRYSON; and JOHN and JANE DOES, in their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSEPH TIGER-D PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-111 |
| | ) | |
| JAQULYN CHAMPION; VERNON BROWN; LIZ ROBERTS; JOY JOHNSON; STAN SHEPARD; TERRY BUSSEY; HOMER BRYSON; and JOHN and JANE DOES, in their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's requests to proceed *in forma pauperis*, **DISMISSES** these cases without prejudice, and **CLOSES** these civil actions. If Plaintiff wishes to proceed with the claims raised in these lawsuits, he must initiate a new lawsuit, which would require submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 24th day of August, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA